LUDWIG M. WILSON, Appellant, v. PHILIP ALKIN et al., Respondents.— In an action to restrain defendants from interfering with plaintiff's use of a driveway, plaintiff appeals from the judgment dismissing his complaint and granting defendants judgment on their counterclaim, restraining plaintiff from using the said driveway. Plaintiff also appeals from an order denying his motion to set aside the judgment and for a new trial. Judgment and order unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ. [See *post*, p. 902.]

SOLOMON YOKELSON, Appellant, v. NATIONAL TRANSPORTATION CO., INC., Respondent, et al., Defendants.— In an action to recover damages for personal injuries, plaintiff appeals from an order denying his motion to transfer the action from the Military Suspense Calendar to the ready calendar for trial. Order affirmed, without costs. No opinion. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

## (June 11, 1945.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO GLOEDE, Appellant.— The defendant having moved to dismiss his appeal, the motion is granted on the ground that the order is not appealable. The motion for leave to appeal to the Court of Appeals is dismissed. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

BECKIE COHEN, Appellant, v. CITY OF NEW YORK, Respondent.— Action to recover damages for personal injuries sustained when plaintiff slipped and fell on a public street by reason of an alleged defect in the sidewalk. Judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.